IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:                                              )
                                                    )
RONDA BOOHER,                                       )        Bk. No.:   11-31569
                                                    )
                    Debtor.                         )

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW the movant, Brad Allen Everett, by and through his attorney, Stephen R. Clark, Courtney, Clark & Mejias, P.C., and pursuant to 11 U.S.C. §362(d) moves this Court for relief from the automatic stay in effect under 11 U.S.C. §362(a) and in support thereof states as follows:

1. That on July 13, 2011, debtor, Ronda Booher, filed a Voluntary Petition for Relief under 11 U.S.C. Chapter 7 of the United States Bankruptcy Code.

2. That movant is the owner and holder of the residential real estate located at 2341 Old State Route 3, East Carondelet, Illinois.

3. That on January 30, 2009, and prior to filing this Voluntary Petition, debtor entered into a Lease with movant, Brad Allen Everett.

4. That debtor has failed to make payments on the aforementioned agreement, said agreement being in default for payment since on or about January, 2011.

5. That movant was in the process of serving an eviction notice at the time this bankruptcy proceeding was filed.

6. That movant is entitled to relief from the automatic stay and in support thereof affirmatively states that movant lack adequate protection of an interest in said property and

(a)     The debtor does not have any equity in such property;

  (b)  The debtor has no property right or interest in such property;

  (c)  That such property is not necessary to an effective reorganization.

WHEREFORE the movant, Brad Everett, respectfully request this Court enter an Order lifting the automatic stay as it applies to movant and for such other and further relief as this Court deems appropriate in the premises.

               Respectfully submitted,

               COURTNEY, CLARK & MEJIAS., P.C.

               By  /s/ Stephen R. Clark
                 Stephen R. Clark   #00453439
                 104 S. Charles Street
                 Belleville, IL 62220
                 (618) 233-5900
                 (618) 234-8028 - Facsimile
                 Attorney for Movant.

<u>CERTIFICATE OF SERVICE</u>

This certifies that a copy of the foregoing was served upon all parties to the above case by enclosing same in an envelope addressed to said parties at the address as disclosed herein with postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Belleville, Illinois on this 25th day of July, 2011.

                  /s/ Stephen R. Clark

Ronda Booher, 2341 Old State Route 3, East Carondelet, IL 62240
Erik M. Papke, Esq., 515 Olive Street, Ste. 702, St. Louis, MO 63101
Donald Samson, Trustee – dnldsamson@yahoo.com
U.S. Trustee's Office – USTPRegion10@usdoj.gov