## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Ronda Booher<br><br>    Debtor(s). | In Proceedings<br>Under Chapter 7<br><br>Case No. 11-31569 |

### ORDER

This matter comes before the Court on Brad Allen Everett's Motion to Continue.  With the Court being fully advised, IT IS ORDERED that the Motion is GRANTED in part.  The hearing on movant's Relief from Stay and the debtor's *pro se* Objection thereto, currently scheduled for August 16, 2011, is continued to August 23, 2011, at 9:00 a.m. in the Bankruptcy Court, 750 Missouri Avenue, East St. Louis, Illinois.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: August 11, 2011

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE/4